**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RONALD CLARK,**

             **Petitioner,**                    **Case No. 2:08-cv-1018**
                                                **JUDGE GREGORY L. FROST**
     **v.**                                  **Magistrate Judge E.A. Preston Deavers**

**MICHAEL SHEETS, WARDEN,**

             **Respondent.**

<u>**ORDER**</u>

On July 20, 2010, the Magistrate Judge issued a Report and Recommendation recommending that the instant habeas corpus petition under 28 U.S.C. § 2254 be dismissed. (Doc. # 10.)  The Magistrate Judge advised the parties of the right to object to the Report and Recommendation and of the consequences of the failure to do so.  (Doc. # 10, at 25.)  The Magistrate Judge also granted Petitioner an extension of time to file objections.  (Doc. # 13.)  No objections have been filed.

This Court **ADOPTS** and **AFFIRMS** the Report and Recommendation and **DISMISSES** this action.  The Clerk shall enter judgment accordingly and terminate this action on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

        **IT IS SO ORDERED.**

                                    _____/s/ Gregory L. Frost_____
                                    GREGORY L. FROST
                                    UNITED STATES DISTRICT JUDGE